**Order issued January 12 , 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

―――――――――――――――――――――――――――

### No. 05-14-00356-CR
―――――――――――――――――――――――――――

### PAUL LEWIS WARREN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

# O R D E R

Before Justices Francis, Evans, and Stoddart

Based on the Court's opinion of this date, we **GRANT** the August 19, 2014 motion of Steven R. Miears for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Steven R. Miears as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Paul Lewis Warren, 202 Jefferson Street, McKinney, Texas, 75069.

/ David Evans/
DAVID EVANS
JUSTICE